# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　v.<br><br>KIMBERLY NICOLE<br>AGUILAR-REYES (2),<br><br>　　　　　Defendant. | Case No.: 3:23-CR-00196-H-2<br><br>**ORDER AND JUDGMENT DISMISSING INFORMATION** |

　　　The United States' Motion to Dismiss the Information as to Defendant Kimberly Nicole Aguilar-Reyes (ECF No. 57) is hereby GRANTED.  The Information (ECF No. 29) is DISMISSED, as to Defendant Kimberly Nicole Aguilar-Reyes only, without prejudice.

**IT IS SO ORDERED.**

Dated:  May 11, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. David D. Leshner
　　　　　　　　　　　　　　　　　　　　　United States District Judge